OPINION — AG — **** NON PROFIT WATER AUTHORITY — COUNTY AID **** IT IS NOT A LAWFUL EXPENDITURE OF COUNTY FUNDS FOR THE BOARD OF COUNTY COMMISSIONERS TO EMPLOY COUNTY PERSONNEL AND USE COUNTY EQUIPMENT TO ASSIST A NON PROFIT WATER AUTHORITY TO GRATUITOUSLY BUILDING A RETENTION POND WHICH WILL ACTUALLY CONSIST OF MOVING APPROXIMATELY 23,000 CUBIC YARDS OF DIRT AND FORMING OF A POND RETENTION DAM. CITE: 19 O.S. 1961 1 [19-1], 19 O.S. 1961 339 [19-339] (W. J. MONROE)